1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: 415-977-8935

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LUZ N. CHAIDEZ, ) | CIVIL NO. 2:07-CV-2206 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER OF REMAND |
| v. ) | PURSUANT TO SENTENCE SIX OF 42 |
| ) | U.S.C. § 405(g) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Significant portions of the recording of the hearing held on January 3, 2005 are

inaudible. Upon remand, the Administrative Law Judge will hold a de novo hearing and issue a new decision.

                              Respectfully submitted,

Dated: January 22, 2007        /s/ *Joseph C. Fraulob*
                              (As authorized via facsimile)
                              JOSEPH C. FRAULOB
                              Attorney for Plaintiff

Dated: January 22, 2007        McGREGOR W. SCOTT
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                              /s/ *Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant


## ORDER

APPROVED AND SO ORDERED.

DATED: 01/29/08                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

chaidez.ord